# United States District Court

WESTERN DISTRICT OF WASHINGTON

SUSAN RYNEARSON,

                                                       JUDGMENT IN A CIVIL CASE

                Plaintiff,

    v.

                                                       CASE NO. C09-0393MJP

MOTRICITY, INC.,

                Defendants,

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED: The Court granted Plaintiff's motion to remand. Defendant has failed to demonstrate by a preponderance of the evidence that the amount in controversy exceeds $5,000,000.00 as required by the Class Action Fairness Act. This Court lacks subject matter jurisdiction over this dispute.

    Dated: **June 15, 2009.**

                                                                       BRUCE RIFKIN, Clerk of Court
                                                                       /s/ Mary Duett
                                                                       Deputy Clerk