UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN RYNEARSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MOTRICITY, INC.<br><br><br>　　　　　　Defendant. | Case No. C09-0393MJP<br><br><br>ORDER GRANTING IN PART PLAINTIFF'S APPLICATION FOR FEES |

This matter comes before the Court on the Declaration of Jay Edelson regarding fees associated with Motricity's second removal. (Dkt. No. 32.)  In remanding this action to state court, the Court indicated Plaintiff was entitled to reasonable expenses, costs, and fees associated with the second removal. (Dkt. No. 30 at 9.)

Plaintiff's declaration seeks to recover half of the total of $38,173.00 in fees, or $19,086.50. (Edelson Decl. ¶ 11.) Though the Court finds the hour submissions reasonable with respect to the work completed by counsel, the Court declines to award fees based on work completed by the firm's law clerks. As such, the Court calculates the award of fees by subtracting $2,331.00 from the fee total of $38,173.00 for a difference of $35,842.00. Consistent with counsel's request, the Court halves this amount to reach a final quotient of $17,921.00 in fees.

ORDER - 1

1   The Court ORDERS Defendant to remit $17,921.00 in fees and $450.00 in costs to
2 Plaintiff's counsel within fifteen (15) days of this Order.  The Clerk is directed to transmit a
3 copy of this Order to all counsel of record.
4   DATED this 15th day of September, 2009.

/s/ Marsha J. Pechman
Marsha J. Pechman
United States District Judge

ORDER - 2